

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CITY OF ALEXANDRIA | CIVIL ACTION NO. 11-2147 |
| -vs- | JUDGE DRELL |
| INSPIRATIONAL ENTERPRISES, L.L.C., et al. | MAGISTRATE JUDGE KIRK |

## ORDER

Considering the suggestion in the December 2, 2011 Report and Recommendation (Document No. 1) and the representations made during the February 23, 2012 telephone conference attended by all counsel, this Court, *sua sponte*, withdraws the reference in whole, in accordance with 28 U.S.C. § 157(d).

SIGNED on this 24 day of February, 2012 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE